## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

160 A.3d 779

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph Earl BAILEY, Sr., Petitioner**

**Commonwealth of Pennsylvania, Respondent**

v.

**Joseph Earl Bailey, Sr., Petitioner**

**Commonwealth of Pennsylvania, Respondent**

v.

**Joseph Earl Bailey, Sr., Petitioner**

**No. 260 MAL 2016**
**No. 261 MAL 2016**
**No. 262 MAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.

160 A.3d 780

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Kobina A.A. ANDERSON, Petitioner**

**No. 358 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.